IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO FLOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-cv-3-ALB |
| | ) |
| SHERIFF BILL FRANKLIN, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **ORDER**

On March 24, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 17). Upon an independent review of the record and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case is hereby DISMISSED without prejudice for Plaintiff's failure to comply with the orders of the court and to prosecute this action.

A Final Judgment will be entered separately.

**DONE** and **ORDERED** this 10th day of June 2020.

        /s/ Andrew L. Brasher
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE